UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC D. SMITH, )<br>)<br>        Petitioner, )<br>v. )<br>)<br>STAN KNIGHT, )<br>)<br>        Respondent. ) | No. 1:07-cv-52-RLY-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 3/2/07

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Stephanie Lynn Rothenberg, Stephanie.Rothenberg@atg.in.gov

Eric D. Smith , DOC #112675
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064